CHARLES HAMMOND, APPELLANT, v. SHERIFF, CLARK COUNTY, NEVADA, RESPONDENT.

No. 7385

July 13, 1973                                    511 P.2d 1045

*Morgan D. Harris,* Public Defender, and *Martin R. Boyers,* Deputy Public Defender, Clark County, for Appellant.

*Robert List,* Attorney General, Carson City; *Roy A. Woofter,* District Attorney, and *Alan R. Harter,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

We agree with the district court's determination that there is probable cause to hold appellant for trial on a charge of assault with a deadly weapon (NRS 200.471), and we affirm the district court's order denying appellant habeas relief.